### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLEN DELANE ARNETT JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-379-SLP |
| ) | |
| SCOTT ADAMS, et al., ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 10] issued by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). The Magistrate Judge recommends that the Court dismiss this action brought pursuant to 42 U.S.C. § 1983 because neither Defendant qualifies as a "state actor" for purposes of § 1983 liability. *Id.* at 4-6. The Magistrate Judge advised Plaintiff of his right to file an objection to the R&R on or before May 27, 2025, and that failure to timely object would waive the right to appellate review of the factual and legal questions contained therein. *Id.* at 23.

To date, no objection has been filed, nor has an extension of time in which to object been sought. Upon review, the Court concurs with the R&R in full and finds this action should be dismissed without prejudice.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 10] is ADOPTED and this matter is DISMISSED without prejudice. A separate judgment of dismissal shall be entered contemporaneously herewith.

IT IS SO ORDERED this 1st day of July, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE